**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RASHIDI GAMAL SMITH,

                Petitioner,

  -against-                                  25 **CIVIL** 3107 (KMW)

                                                                **JUDGMENT**

BRONX COUNTY SUPREME COMMISSIONER
C. CARTER; L. MAGINLEY,

                Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 2, 2025, the Court has denied Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 and this action is dismissed without prejudice due to Petitioner's failure to show that he has exhausted available state court remedies and based on the doctrine of Younger abstention. Because Petitioner has not made a substantial showing of a denial of a constitutional right, the Court has declined to issue a certificate of appealability. See 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered dismissing this case.

**Dated:** New York, New York

      September 3, 2025

                                                    **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                            **BY:** *K. Mango*

                                                         **Deputy Clerk**